# EXHIBIT 1



"WHERE THE TWO RIVERS MEET"

# TANANA TRIBAL COUNCIL

PO Box 130, Tanana, AK 99777

Phone: (907) 366-7160 or 7170 Fax: (907) 366-7195

### EX PARTE ORDER 2014-01 OF THE TANANA TRIBAL COUNCIL

TO:   WILLIAM J. WALSH AND ARVIN KANGAS

**FOR YOUR IMMEDIATE ATTENTION.** The Tanana Tribal Council, the governing authority of the Native Village of Tanana, has unanimously adopted the enclosed Tribal Resolution 2014-17.

Pursuant to our findings in Tribal Resolution 2014-17, you are directed to leave and not return to the Village of Tanana for any reason from now until further notice. You may request return of or access to your personal property by contacting Shannon Erhart, Executive Director of the Tanana Tribal Council. For any further instructions regarding the maintenance of any personal or real property in which you hold a valid legal interest, please also contact Shannon Erhart by phone or mail at the above address and numbers.

You will be notified when a hearing is scheduled to consider your permanent banishment from the Native Village of Tanana.

Signed this 14th day of May, 2014

*Curtis Sommer* (signature)

Curtis Sommer

Tribal Council President

The Native Village of Tanana

# EXHIBIT 1
Page 1 of 3



"WHERE THE TWO RIVERS MEET"

TANANA TRIBAL COUNCIL

PO Box 130, Tanana, AK 99777

Phone: (907) 366-7160 or 7170 Fax: (907) 366-7195

RESOLUTION 2014-17

A TRIBAL RESOLUTION AND EX PARTE ORDER TO REMOVE AND BANISH WILLIAM J. WALSH AND ARVIN M. KANGAS FROM THE NATIVE VILLAGE OF TANANA

**WHEREAS,** the Native Village of Tanana is a federally recognized Tribe whose indigenous people have inhabited this great land from time immemorial;

**WHEREAS,** the Tanana Tribal Council is the duly-elected governing body of the Native Village of Tanana;

**Whereas,** pursuant to its Bureau of Indian Affairs recognized Tribal Constitution, the Tanana Tribal Council has the authority to promote the health, education, and general welfare of the members of the Native Village of Tanana;

**Whereas,** pursuant to its Constitution, the Tanana Tribal Council further has the authority to encourage, guard, and foster traditional cultural practices of the Tanana Native people;

**Whereas,** pursuant to its Constitution, the Tribal Council has additional authority to maintain law and order and to safeguard and promote the peace, morals, physical and general welfare of members of the Tribe;

**Whereas,** despite this authority, two residents of our village, William J. Walsh and Arvin M. Kangas, have continued to promote discord and public unrest that has threatened the public safety and traditional cultural practices of our Tribal members;

**Whereas,** the actions of these individuals has include threatening and assaulting Tribal staff, including threats with deadly weapons, resulting in the closure of our Tribal Office on five occasions; squatting on Tribal lands; blocking accessing to grave sites; polluting the environment; and encouraging and promoting violence toward law enforcement and other representatives of the State of Alaska;

**Whereas,** the Council believes the uncensored and dangerous views of these individuals contributed to the decision of a young man, barely over eighteen, to shoot and tragically kill two public servants, Sergeant Patrick "Scott" Johnson and Trooper Gabriel "Gabe" Rich of the Alaska State Troopers, on May 1, 2014;

# EXHIBIT 1
Page 2 of 3

**Whereas,** based on public support from the vast majority of its members, the Tanana Tribal Council has been encouraged to advocate for the safety of Tribal members as a whole and to remove and banish William J. Walsh and Arvin M. Kangas from the Village of Tanana;

**Whereas,** to date, the overwhelming evidence shows that these individuals continue to present a danger to the peace, morals, culture, and physical and general welfare of the community;

**Whereas,** the Tanana Tribal Council says, "no more," and must take decisive action to remove these two individuals from our Village and the ongoing threat they present;

**THEREFORE, BE IT RESOLVED,** that the Tanana Tribal Council exercises its legal and Constitutional authority to banish William J. Walsh and Arvin M. Kangas from the Native Village of Tanana for no less than 90 calendar days from the date of adoption of this Resolution, or until a hearing is held by a disinterested Tribal Court to considered permanent banishment of these individuals;

**BE IT FURTHER RESOLVED,** this Resolution shall be enforced through the attached Ex Parte Order; and

**BE IT FINALLY RESOLVED,** that the Tanana Tribal Council shall seek the assistance of a disinterested Alaska Native Village Tribal Court to hear the evidence supporting a case for permanent banishment of Mr. Walsh and Mr. Kangas, provided that these individuals shall be given the opportunity to be present and to participate in the hearing.

Passed this 14th day of May 2014, at Tanana, Alaska majority vote of the Tanana Tribal Council seated in quorum.

SIGNED: *Curtis J Sommer*

TITLE: PRESIDENT